**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KENNETH BERNARD WOODLEY                                            PLAINTIFF

V.                            3:09CV00088 SWW

DICK BUSBY, Sheriff of Crittenden County; ZANE
BOYD, Administrator, Crittenden County Detention Facility;
MANDY CHILDRESS, Nurse, Crittenden County Detention
Facility; and SHIRLEY BABIN, Commissary Accountant,
Crittenden County Detention Facility                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending Motions are DENIED AS MOOT; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 31st day of July, 2009.

                                                        /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE