# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNETH BERNARD WOODLEY                                                                    PLAINTIFF

V.                                        3:09CV00088 SWW

DICK BUSBY, Sheriff of Crittenden County; ZANE
BOYD, Administrator, Crittenden County Detention Facility;
MANDY CHILDRESS, Nurse, Crittenden County Detention
Facility; and SHIRLEY BABIN, Commissary Accountant,
Crittenden County Detention Facility                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 31st day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE